Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 25-14527-A

| | |
|---|---|
| Caption:<br>Shannon Olson<br><br>v.<br><br>Takeda Pharmaceuticals America, Inc. | District and Division: Middle District - Tampa Division<br>Name of Judge: Hon. Thomas P. Barber<br>Nature of Suit: Employment discrimination and retaliation (Title VII and ADA).<br>Date Complaint Filed: March 15, 2025<br>District Court Docket Number: 8:23-cv-00590-TPB-CPT<br>Date Notice of Appeal Filed: December 29, 2025<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☑ No<br>If Yes, provide<br>(a)   Caption: _____<br>(b)   Citation: _____<br>(c)   Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jared M. Wichnovitz, Esq. | 50 Harrison Street, Mailbox #631<br>Hoboken, New Jersey 07030 | Phone: 732-765-2157<br>Fax: 732-358-0178<br>Email: Jared@Wichnovitzlaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Andrew McKinley, Esq, | 1075 Peachtree N.E., Suite 2500<br>Atlanta, Georgia 30309 | Phone: 404-885-1500<br>Fax: 404-892-7056<br>Email: AMckinley@seyfarth.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other  Rule 60(b) Motion | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary       ☐ Granted<br>☐ Permanent       ☐ Denied |

Page 2                                                                                          11th Circuit Docket Number: 25-14527-A

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    ## See attached Addendum/Separate Page

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  12  DAY OF  January , 2026 .

Jared M. Wichnovitz                                              /s/ Jared M. Wichnovitz
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **SHANNON OLSON** | ) |
| | ) Appeal No. 25-14526-A |
| *Plaintiff-Appellant,* | ) |
| | ) |
| v. | ) District Court No. 8:23-cv-00590-TPB-CPT |
| | ) |
| **TAKEDA PHARMACEUTICALS** | ) |
| **USA, Inc., et al.,** | ) |
| | ) |
| *Defendants-Appellee.* | ) |

This page (Addendum) is to be utilized as an additional page to the Civil Appeal Statement. The five (5) categories to be appealed by Plaintiff did not fit on the fillable PDF; thus, Plaintiff-Appellant is annexing this document to the Civil Appeal Statement as permitted by the Court/document.

Issues to be raised on Appeal:

1. Whether the District Court abused its discretion in denying relief under Federal Rule of Civil Procedure 60(b)(6) by misapplying the "extraordinary circumstances" standard where the record demonstrated attorney abandonment, failure to oppose a dispositive motion, and the concealment of material disciplinary proceedings involving prior counsel.

2. Whether the District Court erred by concluding that Plaintiff failed to act diligently, where the undisputed record showed that Plaintiff relied on

1

representations of counsel during the summary-judgment phase and promptly sought relief after discovering the extent of counsel's abandonment and misconduct.

3. Whether the District Court abused its discretion by resolving disputed factual issues, particularly concerning attorney abandonment, Plaintiff's knowledge of litigation strategy, and the timing and cause of delay, against the Plaintiff without an evidentiary hearing.

4. Whether the District Court erred by relying on post-hoc credibility determinations drawn from declarations and text messages, rather than applying Rule 60(b)(6)'s equitable framework, which focuses on whether the client was deprived of a meaningful opportunity to be heard through no fault of her own.

5. Whether the District Court improperly treated the timing of the Rule 60(b) motion and the pendency of a fee application as dispositive, rather than weighing the totality of equitable circumstances, including prejudice, fairness, and the integrity of the judicial process.

**LAW OFFICES OF JARED M. WICHNOVITZ, P.C.**

By: /s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.

EDF# 334082767<br>
50 Harrison Street, Suite 206, P.O. Box 631<br>
Hoboken, New Jersey 07030<br>
Phone: (732) 765-2157<br>
Fax: (732) 358-0178<br>
Email: Jared@WichnovitzLaw.com<br>
*Attorneys for Plaintiff-Appellant, Shannon Olson*