**APPEAL NO. 25-14527**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

**SHANNON OLSON**

*Plaintiff-Appellant*,

v.

**TAKEDA PHARMACEUTICALS AMERICA, INC.**

*Defendant-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION FILE NO. 8:23-CV-00590-TPB-CPT

---

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

---

SEYFARTH SHAW LLP

Andrew M. McKinley
amcckinlye@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500

*Attorney for Appellee Takeda Pharmaceuticals America, Inc.*

**No. 25-14527**

**Olson v. Takeda Pharmaceuticals America, Inc.**

## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules

26.1-1, 26.1-2, 26.1-3, and 26.1-4, counsel for Defendant-Appellee Takeda

Pharmaceuticals America, Inc. hereby submits the following Certificate of

Interested Persons:

1. Honorable Thomas P. Barber, United States District Judge for the Middle District of Florida

2. Rachel L. Dreher, Former Counsel for Plaintiff/Appellant

3. Dreher Law Group, Former Counsel for Plaintiff/Appellant

4. Law Offices of Jared M. Wichnovitz, P.C., Counsel for Plaintiff/Appellant

5. Law Office of Michael A. Yoder, PLLC, Former Counsel for Plaintiff/Appellant

6. Andrew M. McKinley, Esq. Counsel for Defendant/Appellee

7. Alex Meier, Former Counsel for Defendant/Appellee

8. Michael A. Mendoza, Former Counsel for Plaintiff/Appellant

9. Mendoza Family Law, Former Counsel for Plaintiff/Appellant

10. Mendonza Law, P.A., Former Counsel for Plaintiff/Appellant

11. Shannon Olson, Plaintiff/Appellant

12. Seyfarth Shaw LLP, Counsel for Defendant/Appellee

13. Takeda Pharmaceuticals America, Inc., Defendant/Appellee

14. Honorable Christopher P. Tuite, United States Magistrate Judge for the Middle District of Florida

15.    Michael A. Yoder, Former Counsel for Plaintiff/Appellant

16.    Yoder LaVeglia LLP, Former Counsel for Plaintiff/Appellant

17.    Jared M. Wichnovitz, Counsel for Plaintiff/Appellant

**No. 25-14527**
**Olson v. Takeda Pharmaceuticals America, Inc.**

**<u>CORPORATE DISCLOSURE</u>**

Appellee Takeda Pharmaceuticals America, Inc. is a wholly owned subsidiary of Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals International AG. Takeda Pharmaceuticals International AG is a directly held wholly owned subsidiary of Takeda Pharmaceutical Company Limited. Takeda Pharmaceutical Company Limited has no parent company and no publicly held corporation owns 10% or more of its stock.  Appellee further certifies that it is not aware of any other identifiable legal entities related to a party that have an interest in the outcome of this particular case or appeal.

Date: January 29, 2026

Respectfully submitted,

TAKEDA PHARMACEUTICALS
AMERICA, INC.

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
amcckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:  (404) 885-1500

*Counsel for Appellee Takeda*
*Pharmaceuticals America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on   January 29, 2026, a copy of the foregoing

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with this Court via the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the system.

*/s/ Andrew M. McKinley*
Andrew M. McKinley
Counsel for Appellee