# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **SHANNON OLSON** | ) |
| | ) Appeal No. 25-14527-A |
| *Plaintiff-Appellant,* | ) |
| | ) |
| v. | )District Court No. 8:23-cv-00590-TPB-CPT |
| | ) |
| **TAKEDA PHARMACEUTICALS** | ) |
| **USA, Inc., et al.,** | ) |
| | ) |
| *Defendants-Appellee.* | ) |

## APPELLANT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellant, Shannon Olson, by and through her undersigned counsel, hereby requests a thirty (30) day extension of time to file Appellant's initial brief up to and including April 10, 2026. In support of this motion, Shannon Olson states as follows:

1. On or about December 29, 2025, Appellant filed her Notice of Appeal. Accordingly, Appellant's initial brief was originally due on or about February 09, 2026.

2. On or about February 03, 2026, the undersigned requested an initial thirty (30) day extension over the phone with the Clerk of Court pursuant to the 11th Cir. R. 31-2(b), which was granted. Accordingly, the deadline for Shannon Olson to file her initial brief is on or before March 11, 2026.

1

3. Not only is this a complicated and nuanced issue that requires extensive research and detailed briefing, but the Parties, in good faith, have been conducting meet and confers/settlement conferences, to see if this matter can be resolved amicably, without both sides exhausting additional resources, and in consideration of conserving judicial resources.

4. Neither Party would be prejudiced by the Court granting this Motion for Extension, particularly, due to the fact that this appeal is still in its initial stages.

5.  The undersigned counsel has contacted counsel for the Appellee, Takeda Pharmaceuticals USA, Inc., et. al., and received consent to this request.

6. This motion is made in good faith and not for purpose of delay.

**WHEREFORE,** for the foregoing reasons, Appellant, Shannon Olson, respectfully requests that the Court extend the time for Shannon Olson to file her initial brief to April 10, 2026.

**LAW OFFICES OF JARED M. WICHNOVITZ, P.C.**

By: /s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.
EDF# 334082767
50 Harrison Street, Suite 206, P.O. Box 631
Hoboken, New Jersey 07030
Phone: (732) 765-2157
Fax: (732) 358-0178

Email: Jared@WichnovitzLaw.com
*Attorneys for Plaintiff-Appellant, Shannon Olson*

## CERTIFICATE OF CONFERENCE

Undersigned counsel contacted counsel for Appellee regarding the relief requested in this motion and Appellee has no objection to the requested relief.

By: /s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 262 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6).

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE</u>

1. Honorable Thomas P. Barber, United States District Judge for the Middle District of Florida

2. Rachel L. Dreher, Former Counsel for Plaintiff/Appellant

3. Dreher Law Group, Former Counsel for Plaintiff/Appellant

4. Law Offices of Jared M. Wichnovitz, P.C., Counsel for Plaintiff/Appellant

5. Law Office of Michael A. Yoder, PLLC, Former Counsel for Plaintiff/Appellant

6. Andrew M. McKinley, Esq. Counsel for Defendant/Appellee

7. Alex Meier, Former Counsel for Defendant/Appellee

8. Michael A. Mendoza, Former Counsel for Plaintiff/Appellant

9. Mendoza Family Law, Former Counsel for Plaintiff/Appellant

10. Mendonza Law, P.A., Former Counsel for Plaintiff/Appellant

11. Shannon Olson, Plaintiff/Appellant

12. Seyfarth Shaw LLP, Counsel for Defendant/Appellee

13. Takeda Pharmaceuticals America, Inc., Defendant/Appellee

14. Honorable Christopher P. Tuite, United States Magistrate Judge for the Middle District of Florida

15. Michael A. Yoder, Former Counsel for Plaintiff/Appellant

16. Yoder LaVeglia LLP, Former Counsel for Plaintiff/Appellant

17. Jared M. Wichnovitz, Counsel for Plaintiff/Appellant

Appellant, Shannon Olson, is an individual and has no parent corporations or publicly held ownership interests to disclose.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of March 2026 I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using PACER'S CM/ECF system. I also certify that the foregoing document is being served this day upon all counsel of Record via PACER'S CM/ECF system.

/s/ *Jared M. Wichnovitz*
Jared M. Wichnovitz, Esq.