In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-14527
_____

SHANNON OLSON,

*Plaintiff-Appellant,*

*versus*

TAKEDA PHARMACEUTICALS AMERICA, INC.,

*Defendant-Appellee,*

TAKEDA PHARMACEUTICALS USA, INC.,
f.k.a. Takeda Pharmaceuticals North America, Inc., et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00590-TPB-CPT
_____

ORDER:

The motion for an extension of time to and including April 10, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE