In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-14527

---

SHANNON OLSON,

*Plaintiff-Appellant,*

*versus*

TAKEDA PHARMACEUTICALS AMERICA, INC.,

*Defendant-Appellee,*

TAKEDA PHARMACEUTICALS USA, INC.,
f.k.a. Takeda Pharmaceuticals North America, Inc., et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00590-TPB-CPT

---

ORDER:

The motion for an extension of time to and including July 20, 2026, to file Appellant's response to Appellee's motion for sanctions is GRANTED.

/s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE