In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14527

---

SHANNON OLSON,

*Plaintiff-Appellant,*

*versus*

TAKEDA PHARMACEUTICALS AMERICA, INC.,

*Defendant-Appellee,*

TAKEDA PHARMACEUTICALS USA, INC.,
f.k.a. Takeda Pharmaceuticals North America, Inc., et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00590-TPB-CPT

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 16, 2026

For the Court: DAVID J. SMITH, Clerk of Court